# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRIS X. UMBERGER,     )
     )
    Plaintiff,     )    Civil Action No. 16-52
     )    Judge Nora Barry Fischer
    v.     )    Chief Magistrate Judge Maureen P. Kelly
     )
NORA GILLESPIE, ORLANDO HARPER,     )
DR. TALABI, ROBERT COLVILLE,     )
CATHLEEN BUBASH, DR. MOUSA, and     )
JEFFREY MANNING,     )
     )
    Defendants.     )

## <u>ORDER OF COURT</u>

AND NOW, this 12th day of August, 2016, after Plaintiff Chris X. Umberger filed a

motion for leave to proceed in forma pauperis in the above-captioned matter, and after a Report

and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly

giving the parties until August 5, 2016, to file written objections thereto, and no Objections

having been filed, and upon independent review of the record, and upon consideration of the

Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this

Court,

IT IS HEREBY ORDERED that the motion to proceed in forma pauperis is DENIED.  IT

IS FURTHER ORDERED that Plaintiff pay the entire filing fee by September 1, 2016, or this

matter will be dismissed for failure to prosecute without any further notice.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.


By the Court:


/s/Nora Barry Fischer
United States District Judge


cc:    Honorable Maureen P. Kelly
       Chief United States Magistrate Judge

       Chris X. Umberger
       PO Box 535
       Haysi, VA 24256